**In re:  Albert S. HEATON, Debtor**

**Albert S. Heaton**

v.

**Ford Motor Credit**

**Robert H. Holber, Esquire,**

**Frederic J. Baker, Esquire, Trustees**

**Albert S. Heaton, Appellant.**

**In re:  Darlene A. Heleva, Debtor**

**Darlene A. Heleva, Appellant**

**No. 01–4002, 01–4003.**

United States Court of Appeals,
Third Circuit.

Argued June 28, 2002.

Filed Aug. 21, 2002.

Dexter K. Case (Argued), Reading, PA, for Appellant.

Kevin H. Buraks, David E. Stern, (Argued), Wolf, Block, Schorr & Solis–Cohen, Philadelphia, PA, for Appellee.

Before AMBRO, STAPLETON and CUDAHY,* Circuit Judges.

## OPINION

AMBRO, Circuit Judge.

For essentially the reasons set out in Judge Waldman's comprehensive Memorandum Orders, dated October 1, 2001, and September 28, 2001, respectively, we affirm the District Court's judgments.